**Fill in this information to identify the case:**

Debtor name     The Mayfair-Habitat Group Incorporated

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known)   1:25-bk-6308

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                           12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | BMO Harris #8233 | Checking | | $382.82 |
| 3.2. | Wells Fargo #8454 | | | $50.74 |
| 3.3. | Bank of America | Checking | | $120.00 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**                                                                        $553.56
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | The Mayfair-Habitat Group Incorporated | Case number *(If known)* 1:25-bk-6308 |
|---|---|---|
| | Name | |

**11.** **Accounts receivable**

| 11a. 90 days old or less: | 25,624.00 | - | 0.00 | = .... | $25,624.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 10,000.00 | - | 0.00 | = .... | $10,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

$35,624.00

---

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

---

**Part 8:**   **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.   Go to Part 9.
☐ Yes Fill in the information below.

---

**Part 9:**   **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

**55.**   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | The Mayfair-Habitat Group Incorporated | Case number (If known) | 1:25-bk-6308 |
| --- | --- | --- | --- |
| | Name | | |

available.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | The Mayfair-Habitat Group Incorporated | Case number *(If known)* 1:25-bk-6308 |
|---|---|---|
| | Name | |

55.1.  7337 S. South Shore
Drive, 31 Units
Chicago, Illinois 59547

Parcel ID(s):
21-30-114-029-1045
(1004),
21-30-114-029-1071
(1206),
21-30-114-029-1093,
(1008),
21-30-114-029-1094
(1108),
21-30-114-029-1096
(1408),
21-30-114-029-1097
(209),
21-30-114-029-1106
(1109),
21-30-114-029-1113
(610),
21-30-114-029-1132
(1411),
21-30-114-029-1133
(212),
21-30-114-029-1134
(312),
21-30-114-029-1135
(412),
21-30-114-029-1137
(612),
21-30-114-029-1139
(812),
21-30-114-029-1140
(912),
21-30-114-029-1141
(1012),
21-30-114-029-1142
(1112),
21-30-114-029-1143
(1212),
21-30-114-029-1144
(1412),
21-30-114-029-1145
(214),
21-30-114-029-1173
(616),
21-30-114-029-1185
(717),
21-30-114-029-1199
(918),
21-30-114-029-1215
(220),
21-30-114-029-1219
(620),
21-30-114-029-1226
(1420),
21-30-114-029-1272
(1124),
21-30-114-029-1274
(1424),
21-30-114-029-1323
(229),                    Fee Simple                $0.00                    $3,100,000.00

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **The Mayfair-Habitat Group Incorporated**                    Case number (*If known*)  1:25-bk-6308
Name

|  | 21-30-114-029-1326 (529), 21-30-114-029-1348 (131) | | | | |

| 55.2. | 26431 Silverleaf Drive Plainfield, Illinois 60585 | Fee Simple | $0.00 | | $637,000.00 |

56.    **Total of Part 9.**                                                                    $3,737,000.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 10:      Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:      All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    The Mayfair-Habitat Group Incorporated _____    Case number *(If known)* 1:25-bk-6308 _____
          Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $553.56 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $35,624.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9..........................................>* | | $3,737,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $36,177.56 | + 91b. $3,737,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $3,773,177.56 |

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    The Mayfair-Habitat Group Incorporated

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known)    1:25-bk-6308

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** FCI Lender Services, Inc.<br>Creditor's Name<br><br>P.O. Box 27370<br>Anaheim, CA 92809<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** 1788<br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>26431 Silverleaf DrivePlainfield, Illinois 60585<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $299,000.00 | $637,000.00 |
| **2.2** Lake Terrance Condominium Association<br>Creditor's Name<br>KSN REGISTERED AGENT, | **Describe debtor's property that is subject to a lien**<br>7337 S. South Shore Drive, 31 Units Chicago, | Unknown | $3,100,000.00 |

| Debtor | The Mayfair-Habitat Group Incorporated | Case number (if known) | 1:25-bk-6308 |
|---|---|---|---|
| | Name | | |

LLC
175 N ARCHER AVE

Mundelein, IL 60060

Illinois 59547Parcel ID(s): 21-30-114-029-1045
(1004), 21-30-114-029-1071 (1206),
21-30-114-029-1093, (1008),
21-30-114-029-1094 (1108),
21-30-114-029-1096 (1408),
21-30-114-029-1097 (209), 21-30-114-029-1106
(1109), 21-30-114-029-1113 (610),
21-30-114-029-1132 (1411),
21-30-114-029-1133 (212), 21-30-114-029-1134
(312), 21-30-114-029-1135 (412),
21-30-114-029-1137 (612), 21-30-114-029-1139
(812), 21-30-114-029-1140 (912),
21-30-114-029-1141 (1012),
21-30-114-029-1142 (1112),
21-30-114-029-1143 (1212),
21-30-114-029-1144 (1412),
21-30-114-029-1145 (214), 21-30-114-029-1173
(616), 21-30-114-029-1185 (717),
21-30-114-029-1199 (918), 21-30-114-029-1215
(220), 21-30-114-029-1219 (620),
21-30-114-029-1226 (1420),
21-30-114-029-1272 (1124),
21-30-114-029-1274 (1424),
21-30-114-029-1323 (229), 21-30-114-029-1326
(529),   21-30-114-029-1348 (131)

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
$282,105.00 at one time
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No
☒ Yes. Specify each creditor,
including this creditor and its relative
priority.
1. SN Servicing Corporation
2. Lake Terrance
Condominium Association
3. Southshore Development
LLC

**Describe the lien**
Statutory Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

| 2.3 | SN Servicing Corporation | Describe debtor's property that is subject to a lien | $900,000.00 | $3,100,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 7337 S. South Shore Drive, 31 Units Chicago, | | |
| | C/O RA Prentice Hall | | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | The Mayfair-Habitat Group Incorporated | | Case number (if known) | 1:25-bk-6308 |
|---|---|---|---|---|
| | Name | | | |

Corporation
801 Adai Stevenson Drive

Springfield, IL 62703

Illinois 59547Parcel ID(s): 21-30-114-029-1045
(1004), 21-30-114-029-1071 (1206),
21-30-114-029-1093, (1008),
21-30-114-029-1094 (1108),
21-30-114-029-1096 (1408),
21-30-114-029-1097 (209), 21-30-114-029-1106
(1109), 21-30-114-029-1113 (610),
21-30-114-029-1132 (1411),
21-30-114-029-1133 (212), 21-30-114-029-1134
(312), 21-30-114-029-1135 (412),
21-30-114-029-1137 (612), 21-30-114-029-1139
(812), 21-30-114-029-1140 (912),
21-30-114-029-1141 (1012),
21-30-114-029-1142 (1112),
21-30-114-029-1143 (1212),
21-30-114-029-1144 (1412),
21-30-114-029-1145 (214), 21-30-114-029-1173
(616), 21-30-114-029-1185 (717),
21-30-114-029-1199 (918), 21-30-114-029-1215
(220), 21-30-114-029-1219 (620),
21-30-114-029-1226 (1420),
21-30-114-029-1272 (1124),
21-30-114-029-1274 (1424),
21-30-114-029-1323 (229), 21-30-114-029-1326
(529),   21-30-114-029-1348 (131)

Creditor's mailing address

**Describe the lien**

First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
1/8/2020

**Last 4 digits of account number**
8184

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.2

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

| 2.4 | Southshore Development LLC | **Describe debtor's property that is subject to a lien** | $330,000.00 | $3,100,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 7337 S. South Shore Drive, 31 Units Chicago, | | |
| | C/O RA VIVIAN R. KHALAF | | | |

Debtor    The Mayfair-Habitat Group Incorporated                    Case number (if known)    1:25-bk-6308
          _____                                            _____
          Name

10003 S ROBERTS RD                    Illinois 59547Parcel ID(s): 21-30-114-029-1045
                                      (1004), 21-30-114-029-1071 (1206),
Palos Hills, IL 60465                 21-30-114-029-1093, (1008),
                                      21-30-114-029-1094 (1108),
                                      21-30-114-029-1096 (1408),
                                      21-30-114-029-1097 (209), 21-30-114-029-1106
                                      (1109), 21-30-114-029-1113 (610),
                                      21-30-114-029-1132 (1411),
                                      21-30-114-029-1133 (212), 21-30-114-029-1134
                                      (312), 21-30-114-029-1135 (412),
                                      21-30-114-029-1137 (612), 21-30-114-029-1139
                                      (812), 21-30-114-029-1140 (912),
                                      21-30-114-029-1141 (1012),
                                      21-30-114-029-1142 (1112),
                                      21-30-114-029-1143 (1212),
                                      21-30-114-029-1144 (1412),
                                      21-30-114-029-1145 (214), 21-30-114-029-1173
                                      (616), 21-30-114-029-1185 (717),
                                      21-30-114-029-1199 (918), 21-30-114-029-1215
                                      (220), 21-30-114-029-1219 (620),
                                      21-30-114-029-1226 (1420),
                                      21-30-114-029-1272 (1124),
                                      21-30-114-029-1274 (1424),
                                      21-30-114-029-1323 (229), 21-30-114-029-1326
                                      (529),   21-30-114-029-1348 (131)

Creditor's mailing address            **Describe the lien**
                                      Second Mortgage
                                      **Is the creditor an insider or related party?**
                                      ☒ No
                                      ☐ Yes
Creditor's email address, if known    **Is anyone else liable on this claim?**
                                      ☒ No
**Date debt was incurred**            ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**     **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply
☐ No                                  ☐ Contingent
☒ Yes. Specify each creditor,         ☐ Unliquidated
including this creditor and its relative   ☒ Disputed
priority.
Specified on line 2.2

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $1,529,000.0 0 |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Cook County Clerk<br>118 N. Clark Street<br>Room 434<br>Chicago, IL 60602 | Line  2.3 | |
| Cook County States Attorney<br>50 West Washington Street<br>Chicago, IL 60601 | Line  2.3 | |

| Debtor | The Mayfair-Habitat Group Incorporated | Case number (if known) | 1:25-bk-6308 |
|---|---|---|---|
| | Name | | |

Cook County Treasurer
118 N. Clark
Chicago, IL 60602

Line  2.3

FCI Lender Services, Inc.
C/O RA COGENCY GLOBAL INC.
600 SOUTH SECOND ST, SUITE 404

Springfield, IL 62704

Line  2.1

Julie A. Jacobson
175 Archer Avenue
Mundelein, IL 60060

Line  2.2

SN Servicing Corporation
323 5th Steet
Eureka, CA 95501

Line  2.3

Sottile & Barile, LLC
1415 West 22nd Street, Tower Floor

Oak Brook, IL 60523

Line  2.3

Will County Clerk
302 North Chicago Street
Joliet, IL 60432

Line  2.1

Will County Treasurer
302 North Chicago Street
Joliet, IL 60432

Line  2.1

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 5 of 5

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     The Mayfair-Habitat Group Incorporated

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known)   1:25-bk-6308

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

**2.1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|
| Illinois Department of Revenue | *Check all that apply.* | | | |
| PO Box 19035 | ☐ Contingent | | | |
| Springfield, IL 62794 | ☐ Unliquidated | | | |
| | ☐ Disputed | | | |

Date or dates debt was incurred    Basis for the claim:

Last 4 digits of account number OSES    Is the claim subject to offset?

Specify Code subsection of PRIORITY    ☒ No
unsecured claim: 11 U.S.C. § 507(a) (8)    ☐ Yes

**2.2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|
| Internal Revenue Service | *Check all that apply.* | | | |
| PO Box 7346 | ☐ Contingent | | | |
| Philadelphia, PA 19101-7346 | ☐ Unliquidated | | | |
| | ☐ Disputed | | | |

Date or dates debt was incurred    Basis for the claim:

Last 4 digits of account number OSES    Is the claim subject to offset?

Specify Code subsection of PRIORITY    ☒ No
unsecured claim: 11 U.S.C. § 507(a) (8)    ☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $284,618.72 |
|---|---|---|
| U.S. Bank Trust National Assoc et al. | | |
| C/O Polsinelli PC | | |
| 150 N. Riverside Plaza, Suite 3000 | ☐ Contingent | |
| Chicago, IL 60606 | ☐ Unliquidated | |
| **Date(s) debt was incurred** 4/10/2025 | ☒ Disputed | |
| **Last 4 digits of account number** ield | Basis for the claim: Deficiency | |
| | Is the claim subject to offset?  ☒ No  ☐ Yes | |

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | The Mayfair-Habitat Group Incorporated | Case number (if known) | 1:25-bk-6308 |
|---|---|---|---|
| | Name | | |

## Part 3:  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.  $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.  +  $ | 284,618.72 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.  $ | 284,618.72 |

**Fill in this information to identify the case:**

Debtor name: The Mayfair-Habitat Group Incorporated

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known): 1:25-bk-6308

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases
**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal       Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | Various through Lake Terrance Condo Corp |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _The Mayfair-Habitat Group Incorporated_

United States Bankruptcy Court for the: _NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION_

Case number (if known) _1:25-bk-6308_

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    **12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Adeniyi Egbowon | 26431 Silverleaf Drive Plainfield, IL 60585 | SN Servicing Corporation | ☒ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.2 | Adeniyi Egbowon | 26431 Silverleaf Drive Plainfield, IL 60585 | FCI Lender Services, Inc. | ☒ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.3 | Johnnie Walker | 11542 Nashville Detroit, MI 48205 | SN Servicing Corporation | ☒ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.4 | Johnnie Walker | 11542 Nashville Detroit, MI 48205 | FCI Lender Services, Inc. | ☒ D ___2.1___ ☐ E/F _____ ☐ G _____ |