The Mayfair-Habitat Group Incorporated
25-06308

# Balance Sheet

As of December 31, 2024

| | Total |
|---|---|
| ASSETS | |
| **Current Assets** | |
| **Bank Accounts** | |
| BMO Elite Business Checking (8233) - 2 | 18,365.07 |
| Initiate Business Checking® (8454) - 1 | 153.86 |
| Wells Fargo Clear Access Banking℠ (8316) - 1 | 100.25 |
| Wells Fargo Way2Save® Savings (4349) - 1 | 130.12 |
| **Total Bank Accounts** | **18,749.30** |
| **Other Current Assets** | |
| Inventory Asset | 500.00 |
| **Total Other Current Assets** | **500.00** |
| **Total Current Assets** | **19,249.30** |
| **TOTAL ASSETS** | **$19,249.30** |
| LIABILITIES AND EQUITY | |
| **Liabilities** | |
| **Long-Term Liabilities** | |
| Long-term business loans | -2,204.55 |
| **Total Long-Term Liabilities** | **-2,204.55** |
| **Total Liabilities** | **-2,204.55** |
| **Equity** | |
| Dividends paid | -1,419.81 |
| Opening balance equity | 1,181.77 |
| Retained Earnings | |
| Net Income | 21,691.89 |
| **Total Equity** | **21,453.85** |
| **TOTAL LIABILITIES AND EQUITY** | **$19,249.30** |