**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| The Mayfair-Habitat Group Incorporated, | ) | NO. 25-06308 |
| Debtor. | ) | |
| | ) | Chapter 11 |
| | ) | |
| | ) | Honorable Judge Jacqueline P. Cox |
| The Mayfair-Habitat Group Incorporated, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Adversary No. 25 A |
| | ) | |
| Lake Terrace Condominium Association, | ) | |
| An Illinois not for profit Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**COMPLAINT TO COMPEL TURNOVER OF CONDOMINIUM UNITS HELD BY LAKE TERRACE CONDOMINIUM ASSOCIATIONI PURSUANT TO SECTIONS 105 AND 542 OF THE BANKRUPTCY CODE AND FOR INJUNCTIVE RELIEF**

Plaintiff The Mayfair-Habitat Group Incorporated, ("Plaintiff") Debtor/Debtor-in Possession ("Debtor"), by and through its attorneys, Paul M. Bach and Penelope N. Bach and brings this complaint compelling Lake Terrace Condominium Association ("LTCA") to turn over immediately thirty one units located at 7337 S Shore Drive, Chicago, Illinois (Unit Nos. 131, 209, 212, 214, 220, 229, 312, 412, 529, 610, 612, 616, 620, 717, 812, 912, 918, 1004, 1008, 1012, 1108, 1109, 1112, 1124, 1206, 1212, 1408, 1411, 1412, 1420 and 1424) to the Debtor, pursuant to §§105 and 542 of the Bankruptcy Code. (the "Complaint") and states as follows:

**INTRODUCTION AND NATURE OF THE ACTION**

1. This is an adversary proceeding by the Plaintiff against LTCA for a declaratory judgment that the thirty one condominium units located at 7337 S Shore Drive, Chicago, Illinois (Unit

Nos. 131, 209, 212, 214, 220, 229, 312, 412, 529, 610, 612, 616, 620, 717, 812, 912, 918, 1004, 1008, 1012, 1108, 1109, 1112, 1124, 1206, 1212, 1408, 1411, 1412, 1420 and 1424) are property of the estate under Section 541 of the Bankruptcy Code; and for turnover of the thirty one condominium units located at 7337 S Shore Drive, Chicago, Illinois (Unit Nos. 131, 209, 212, 214, 220, 229, 312, 412, 529, 610, 612, 616, 620, 717, 812, 912, 918, 1004, 1008, 1012, 1108, 1109, 1112, 1124, 1206, 1212, 1408, 1411, 1412, 1420 and 1424) to the Plaintiff under Section 542 of the Bankruptcy Code.

**JURISDICTION AND VENUE**

2. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§157 and 1334 and Northern District of Illinois District Court Local Rule 40.3.1.
3. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (E).
4. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.
5. On April 24, 2025, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").
6. The Debtor is an Corporation which has been managing its financial affairs as debtors-in-possession since the Petition Date.
7. This Complaint arises in the Debtor's Chapter 11 case.
8. This Court has constitutional authority to enter final judgments and orders herein. If a court determines that any portion of this proceeding is not a core proceeding or that a bankruptcy judge does not have constitutional authority to enter final judgments in this proceeding, the Plaintiff consents, pursuant to 28 U.S.C. § 157(c), to a bankruptcy judge hearing and finally determining the proceeding and entering appropriate orders and judgments.

9. The statutory predicates for the relief requested in this Motion are Sections 105 and 542 of the Bankruptcy Code.

**PARTIES**

10. The Mayfair-Habitat Group Incorporated is an Illinois Corporation formed on June 15, 2024, which owns thirty-one units located at 7337 S Shore Drive, Chicago, Illinois (Unit Nos. 131, 209, 212, 214, 220, 229, 312, 412, 529, 610, 612, 616, 620, 717, 812, 912, 918, 1004, 1008, 1012, 1108, 1109, 1112, 1124, 1206, 1212, 1408, 1411, 1412, 1420 and 1424)("the real estate").

**11.** Lake Terrace Condominium Association ("LTCA") is an Illinois Not for Profit Corporation which is the Condominium Association for 7337 S Shore Drive, Chicago, Illinois. Its registered agent is KSN Registered Agent, LLC, One Overlook Point Suite 590, Lincolnshire, Illinois 60069.

**12.** LTCA as the Condominium Association for 7337 S Shore Drive, Chicago, Illinois is responsible for establishing rules and regulations that govern how residents can live within the Condominium Association. The Condominium Association is also responsible for governing and taking care of both the community and its facilities. This includes enforcing rules and regulations, handling finances and maintaining the upkeep of amenities.

**13.** To achieve the goals stated in the prior paragraph LTCA charges a monthly assessment to each unit.

**FACTS COMMON TO ALL COUNTS**

14. In 2021, after the Debtor had fallen behind on assessment payments to LTCA, the Association filed an eviction action to collect unpaid assessments on thirty-one units Mayfair owned within the Association, totaling at that time $282,105.91.

15. On November 17, 2022, the Plaintiff filed a Motion for Summary Judgement of which the Judge granted full judgment of back assessments and possession of each of the 31 units. However, shortly after the order was granted, the Court Clerk refused to enter the order due to "the nature that 31 units could not be under one case number." Rather than refiling 30 cases and reserve costing the Association initially thousands of additional filing fees and Sheriff fees that the Defendant would be responsible to pay, the parties entered into a Settlement Agreement whereby the LTCA would manage the thirty-one units to pay down the outstanding assessments. A copy of the Settlement Agreement is attached as an Exhibit.
16. The Debtor asserts that the value of the hotel and real estate is in excess of $3,100,000.00.
17. There is a first mortgage to U.S. Bank Trust National Association, as Trustee of the LB Igloo Series IV Trust in the amount of $1,938,345.13 and a second mortgage which is disputed in the amount of $330,000.00 to Southshore Development LLC.
18. At the time of the Settlement Agreement, there were seven vacant units. *See chart in the Settlement Agreement*.
19. As a result of mismanagement by LTCA, eighteen of the units are vacant. See rent roll provided post-petition by LTCA.
20. LTCA is not a Custodian under 11 USC 343.

**COUNT I - DECLARATORY JUDGMENT**

21. Plaintiff incorporates all prior allegations as if fully stated herein.
22. The thirty-one condominium units located at 7337 S Shore Drive, Chicago, Illinois (Unit Nos. 131, 209, 212, 214, 220, 229, 312, 412, 529, 610, 612, 616, 620, 717, 812, 912, 918, 1004, 1008, 1012, 1108, 1109, 1112, 1124, 1206, 1212, 1408, 1411, 1412, 1420 and 1424) are property of the Bankruptcy Estate and not the property of LTCA.

23. Under Section 541 of the Bankruptcy Code, the thirty-one condominium units located at 7337 S Shore Drive, Chicago, Illinois (Unit Nos. 131, 209, 212, 214, 220, 229, 312, 412, 529, 610, 612, 616, 620, 717, 812, 912, 918, 1004, 1008, 1012, 1108, 1109, 1112, 1124, 1206, 1212, 1408, 1411, 1412, 1420 and 1424) are property of the Bankruptcy Estate.

WHEREFORE, Plaintiff requests that the Court enter a judgment declaring that the thirty-one units located at 7337 S Shore Drive, Chicago, Illinois (Unit Nos. 131, 209, 212, 214, 220, 229, 312, 412, 529, 610, 612, 616, 620, 717, 812, 912, 918, 1004, 1008, 1012, 1108, 1109, 1112, 1124, 1206, 1212, 1408, 1411, 1412, 1420 and 1424) are property of the Estate under Section 541 of the Bankruptcy Code and for any further relief this court deems just

**COUNT II - TURNOVER UNDER SECTION 542**

24. Plaintiff incorporates all prior allegations as if fully stated herein.
25. Under Section 542, any person in custody, control or possession of property that
26. Plaintiff may sell or use must be delivered to Plaintiff.
27. Plaintiff has requested post-petition that LTCA turn over the thirty-one condominium units located at 7337 S Shore Drive, Chicago, Illinois (Unit Nos. 131, 209, 212, 214, 220, 229, 312, 412, 529, 610, 612, 616, 620, 717, 812, 912, 918, 1004, 1008, 1012, 1108, 1109, 1112, 1124, 1206, 1212, 1408, 1411, 1412, 1420 and 1424) immediately.
28. The thirty-one condominium units located at 7337 S Shore Drive, Chicago, Illinois (Unit Nos. 131, 209, 212, 214, 220, 229, 312, 412, 529, 610, 612, 616, 620, 717, 812, 912, 918, 1004, 1008, 1012, 1108, 1109, 1112, 1124, 1206, 1212, 1408, 1411, 1412, 1420 and 1424) are property of the Bankruptcy Estate and not the property of LTCA.
29. LTCA has failed to turn over the thirty-one condominium units located at 7337 S Shore Drive, Chicago, Illinois (Unit Nos. 131, 209, 212, 214, 220, 229, 312, 412, 529, 610, 612,

616, 620, 717, 812, 912, 918, 1004, 1008, 1012, 1108, 1109, 1112, 1124, 1206, 1212, 1408, 1411, 1412, 1420 and 1424)to Plaintiff.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of the Plaintiff and against LTCA providing for a turnover of the thirty-one condominium units located at 7337 S Shore Drive, Chicago, Illinois (Unit Nos. 131, 209, 212, 214, 220, 229, 312, 412, 529, 610, 612, 616, 620, 717, 812, 912, 918, 1004, 1008, 1012, 1108, 1109, 1112, 1124, 1206, 1212, 1408, 1411, 1412, 1420 and 1424)to Plaintiff under Section 542 of the Bankruptcy Code and further relief that this court deems just.

**COUNT III - INJUNCTIVE RELIEF**

30. Plaintiff incorporates all prior allegations as if fully stated herein.
31. LTCA has refused to turn over the thirty-one condominium units located at 7337 S Shore Drive, Chicago, Illinois (Unit Nos. 131, 209, 212, 214, 220, 229, 312, 412, 529, 610, 612, 616, 620, 717, 812, 912, 918, 1004, 1008, 1012, 1108, 1109, 1112, 1124, 1206, 1212, 1408, 1411, 1412, 1420 and 1424) post-petition.
32. An injunction should be entered by this Court requiring LTCA to turnover immediately the thirty-one condominium units located at 7337 S Shore Drive, Chicago, Illinois (Unit Nos. 131, 209, 212, 214, 220, 229, 312, 412, 529, 610, 612, 616, 620, 717, 812, 912, 918, 1004, 1008, 1012, 1108, 1109, 1112, 1124, 1206, 1212, 1408, 1411, 1412, 1420 and 1424).
33. The refusal of LTCA to turnover the thirty-one condominium units located at 7337 S Shore Drive, Chicago, Illinois (Unit Nos. 131, 209, 212, 214, 220, 229, 312, 412, 529, 610, 612, 616, 620, 717, 812, 912, 918, 1004, 1008, 1012, 1108, 1109, 1112, 1124, 1206, 1212, 1408, 1411, 1412, 1420 and 1424) that are property of the bankruptcy estate to Plaintiff will cause Plaintiff to not be rent out the vacant units and turnover is the best interest of all parties.

34. LTCA's refusal to turnover the thirty-one condominium units located at 7337 S Shore Drive, Chicago, Illinois (Unit Nos. 131, 209, 212, 214, 220, 229, 312, 412, 529, 610, 612, 616, 620, 717, 812, 912, 918, 1004, 1008, 1012, 1108, 1109, 1112, 1124, 1206, 1212, 1408, 1411, 1412, 1420 and 1424) that are property of the estate greatly increases the administrative expenses of the Estate.
35. LTCA will not be substantially harmed if the Court orders turnover of the thirty-one condominium units located at 7337 S Shore Drive, Chicago, Illinois (Unit Nos. 131, 209, 212, 214, 220, 229, 312, 412, 529, 610, 612, 616, 620, 717, 812, 912, 918, 1004, 1008, 1012, 1108, 1109, 1112, 1124, 1206, 1212, 1408, 1411, 1412, 1420 and 1424) that are Property of the Estate to Plaintiff immediately.
36. Plaintiff has a likelihood of prevailing on the merits in this adversary proceeding.
37. Plaintiff has no adequate remedy at law.
38. The public interest in transparent, fair and efficient administration of bankruptcy estates far outweighs the interests of LTCA when the property at issue does not belong to LTCA and in fact is property of the bankruptcy estate.

WHEREFORE, Plaintiff requests that the Court enter an injunction ordering and requiring LTCA to turnover immediately the thirty-one condominium units located at 7337 S Shore Drive, Chicago, Illinois (Unit Nos. 131, 209, 212, 214, 220, 229, 312, 412, 529, 610, 612, 616, 620, 717, 812, 912, 918, 1004, 1008, 1012, 1108, 1109, 1112, 1124, 1206, 1212, 1408, 1411, 1412, 1420 and 1424) and for any further relief this Court deems just.

Respectively Submitted,

The Mayfair=Habitat Group Incorporated

By: <u>/s/ Paul M. Bach</u>

Mr. Paul M. Bach, Esq.

Ms. Penelope N. Bach, Esq.
Bach Law Offices, Inc.
Attorneys At Law
P.O. Box 1285
Northbrook, Illinois 60062
Phone (847) 564 - 0808