## Mayfair Units In LTCA Possession

| | Owner Name | Current Monthly Rental Amount | Status of Unit | Amount ($)of Owners Delinquency on Ledger |
|---|---|---|---|---|
| 131 | The Mayfair Habitat Group Inc | $0.00 | Vacant | $20,279.76 |
| 209 | The Mayfair Habitat Group Inc | $0.00 | Vacant | $23,533.41 |
| 212 | The Mayfair Habitat Group Inc | $0.00 | Vacant | $32,775.65 |
| 214 | The Mayfair Habitat Group Inc | $1,150.00 | Occupied | $15,934.41 |
| 220 | The Mayfair Habitat Group Inc | $754.00 | Vacant | $17,230.09 |
| 229 | The Mayfair Habitat Group Inc | $1,000 (Pending Eviction) | Occupied | $29,459.79 |
| 312 | The Mayfair Habitat Group Inc | $0.00 | Vacant | $23,075.56 |
| 412 | The Mayfair Habitat Group Inc | Pending Eviction | Occupied | $31,616.51 |
| 529 | The Mayfair Habitat Group Inc | $0.00 | Vacant | $31,442.89 |
| 610 | The Mayfair Habitat Group Inc | $0.00 | Vacant | $17,382.84 |
| 612 | The Mayfair Habitat Group Inc | $0.00 | Vacant | $33,247.46 |
| 616 | The Mayfair Habitat Group Inc | $0.00 | Vacant | $34,959.19 |
| 620 | The Mayfair Habitat Group Inc | $203.00 | Occupied | $29,085.46 |
| 717 | The Mayfair Habitat Group Inc | $0.00 | Vacant | $49,737.96 |
| 812 | The Mayfair Habitat Group Inc | $700.00 | Occupied | $15,287.44 |
| 912 | The Mayfair Habitat Group Inc | $0.00 | Vacant | $32,865.15 |
| 918 | The Mayfair Habitat Group Inc | $1,107.00 | Occupied | $12,718.34 |
| 1004 | The Mayfair Habitat Group Inc | $1,200.00 | Occupied | $12,548.57 |
| 1008 | The Mayfair Habitat Group Inc | $0.00 | Vacant | $19,394.14 |
| 1012 | The Mayfair Habitat Group Inc | $0.00 | Vacant | $34,755.64 |
| 1108 | The Mayfair Habitat Group Inc | $755.00 | Occupied | $32,324.26 |
| 1109 | The Mayfair Habitat Group Inc | $0.00 | Vacant | $37,826.86 |
| 1112 | The Mayfair Habitat Group Inc | $900.00 | Occupied | $35,307.26 |
| 1124 | The Mayfair Habitat Group Inc | $1,100.00 | Occupied | $33,401.94 |
| 1206 | The Mayfair Habitat Group Inc | $1,200.00 | Occupied | $34,881.51 |
| 1212 | The Mayfair Habitat Group Inc | $900.00 | Occupied | $12,843.51 |
| 1408 | The Mayfair Habitat Group Inc | $717.00 | Occupied | $13,911.09 |
| 1411 | The Mayfair Habitat Group Inc | Pending Eviction | Occupied | $26,831.40 |
| 1412 | The Mayfair Habitat Group Inc | $0.00 | Vacant | $34,577.79 |
| 1420 | The Mayfair Habitat Group Inc | $0.00 | Vacant | $31,067.29 |
| 1424 | The Mayfair Habitat Group Inc | Pending Eviction | Occupied | $36,061.42 |