**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: | Case No. 25-06308 |
| The Mayfair-Habitat Group Incorporated | Chapter 11 |
| Debtor. | Judge Jacqueline P. Cox |

# NOTICE OF MOTION OF LAKE TERRACE CONDOMINIUM ASSOCIATION TO MODIFY AUTOMATIC STAY

**VIA ELECTRONIC NOTICE:**

Paul M. Bach, Bach Law Offices, P.O. Box 1285, Northbrook, IL 60065

**VIA U.S. MAIL:**

The Mayfair-Habitat Group Incorporated, 26431 Silverleaf Drive, Plainfield, IL 60585

Paul M. Bach, Bach Law Offices, P.O. Box 1285, Northbrook, IL 60065

Southshore Development LLC, c/o Ra Vivian R. Khalaf, 10003 S Robets Rd, Palos, Hills, IL 60465

PLEASE TAKE NOTICE that on October 7, 2025, we have electronically sent for filing with the Clerk of the U.S. Bankruptcy Court, a Motion of Lake Terrace Condominium Association, to Modify the Automatic Stay, a copy of which is hereto attached.

Please take notice that on October 14, 2025 at 1:30 p.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jacqueline P. Cox, or any judge sitting in that judge's place, **either** in courtroom 680 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604 **or** electronically as described below, and present the attached ***Motion of Lake Terrace Condominium Association to Modify Automatic Stay,*** which has been electronically filed this date with the Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois, a copy of which is hereby attached and served upon you by electronic notice or U.S. Mail.

**Only parties and their counsel may appear for the presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet,** go to this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by Zoom using a telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is **161 273 2896** and the password is **778135**. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing.

Dated: October 7, 2025

Respectfully Submitted,

/s/ Nicholas J. Landi

Nicholas J. Landi
Kovitz Shifrin Nesbit
Attorneys for Movant
640 N. Lasalle Street,
Suite 495
Chicago, IL 60654
Phone: 847.537.0500
nlandi@ksnlaw.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the above-named parties by electronic filing or, as noted above, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at One Overlook Point, Lincolnshire, IL, 60069 before the hour of 5:00 p.m.

/s/ Nicholas J. Landi

Nicholas J. Landi
Attorney for Movant

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: | Case No. 25-06308 |
| The Mayfair-Habitat Group Incorporated | Chapter 11 |
| Debtor. | Judge Jacqueline P. Cox |

## MOTION OF LAKE TERRACE CONDOMINIUM ASSOCIATION FOR RELIEF FROM STAY

NOW COMES, Lake Terrace Condominium Association (hereinafter, the "Association" or "Movant"), a secured creditor herein, by and through its attorneys, Kovitz Shifrin Nesbit, and moves this Honorable Court pursuant to 11 U.S.C. §362(d) for an Order granting Movant relief from the automatic stay and in support thereof states as follows:

1. This Court has jurisdiction pursuant to 11 U.S.C. §§361, 362 and 363 of the United States Bankruptcy Code.
2. The Debtor is the legal record owners of 31 Units located within the Association, commonly known as 7337 S Shore Drive, Unit Nos. 131, 209, 212, 214, 220, 229, 312, 412, 529, 610, 612, 616, 620, 717, 812, 912, 918, 1004, 1008, 1012, 1108, 1109, 1112, 1124, 1206, 1212, 1408, 1411, 1412, 1420 and 1424 Chicago, IL 60649. A copy of the current ledgers regarding assessment payments for each Unit respectively is attached hereto and marked as **Exhibit A**.
3. Enforcement of the Association's interest has been stayed automatically by operation of 11 U.S.C. § 362 of the Bankruptcy Code upon Debtor's filing of this petition on April 24, 2025.

4. As of the date of the petition filing, there remained due and owing a pre-petition arrearage on each respective Unit as follows:

| | |
|---|---|
| 7337 S. Shore Drive, Unit 131, Chicago, IL | $ 19,940.55 |
| 7337 S. Shore Drive, Unit 209, Chicago, I | $ 22,934.62 |
| 7337 S. Shore Drive, Unit 212, Chicago, IL | $ 32,224.86 |
| 7337 S. Shore Drive, Unit 214, Chicago, IL | $ 15,335.62 |
| 7337 S. Shore Drive, Unit 220, Chicago, IL | $ 16,679.30 |
| 7337 S. Shore Drive, Unit 229, Chicago, IL | $ 28,893.00 |
| 7337 S. Shore Drive, Unit 312, Chicago, IL | $ 22,520.21 |
| 7337 S. Shore Drive, Unit 412, Chicago, IL | $ 31,056.58 |
| 7337 S. Shore Drive, Unit 529, Chicago, IL | $ 30,862.40 |
| 7337 S. Shore Drive, Unit 610, Chicago, IL | $ 17,005.74 |
| 7337 S. Shore Drive, Unit 612, Chicago, IL | $ 32,678.39 |
| 7337 S. Shore Drive, Unit 616, Chicago, IL | $ 34,348.98 |
| 7337 S. Shore Drive, Unit 620, Chicago, IL | $ 28,516.39 |
| 7337 S. Shore Drive, Unit 717, Chicago, IL | $ 48,876.35 |
| 7337 S. Shore Drive, Unit 812, Chicago, IL | $ 14,709.23 |
| 7337 S. Shore Drive, Unit 912, Chicago, IL | $ 32,282.36 |
| 7337 S. Shore Drive, Unit 918, Chicago, IL | $ 12,094.41 |
| 7337 S. Shore Drive, Unit 1004, Chicago, IL | $ 11,920.09 |
| 7337 S. Shore Drive, Unit 1008, Chicago, IL | $ 18,806.79 |
| 7337 S. Shore Drive, Unit 1012, Chicago, IL | $ 34,168.29 |
| 7337 S. Shore Drive, Unit 1108, Chicago, IL | $ 31,732.33 |
| 7337 S. Shore Drive, Unit 1109, Chicago, IL | $ 37,186.93 |
| 7337 S. Shore Drive, Unit 1112, Chicago, IL | $ 34,715.33 |
| 7337 S. Shore Drive, Unit 1124, Chicago, IL | $ 32,810.01 |
| 7337 S. Shore Drive, Unit 1206, Chicago, IL | $ 34,243.89 |
| 7337 S. Shore Drive, Unit 1212, Chicago, IL | $ 12,222.02 |
| 7337 S. Shore Drive, Unit 1408, Chicago, IL | $ 13,310.02 |
| 7337 S. Shore Drive, Unit 1411, Chicago, IL | $ 26,385.74 |
| 7337 S. Shore Drive, Unit 1412, Chicago, IL | $ 33,976.72 |
| 7337 S. Shore Drive, Unit 1420, Chicago, IL | $ 30,466.22 |
| 7337 S. Shore Drive, Unit 1424, Chicago, IL | $ 35,460.35 |

See the Attached Proof of Claim previously filed attached hereto as **Exhibit A**.

5. Despite Mayfair's repeated indications to the contrary, and its petition to this court by way of an Adversary Complaint to regain possession of the Units, get them in a rentable condition, and began making assessment payments to the Association, Mayfair has failed to make a single assessment payment to the Association for any Unit since the filing of this case and taking possession of the Units.

6. Due to Mayfair's continued failure to pay required post-petition assessment

payments to the Association, the balances for each Unit respectively have continued to inflate, significantly imperiling the financial well-being of the Association.

7. Unit 131 is in post-petition default on assessment payments to the Association in the amount of $2,202.98, bringing the total balance owed to the Association for Unit 131 to $22,143.53. (Exhibit B, p. 1-3).

8. Unit 209 is in post-petition default on assessment payments to the Association in the amount of $3,501.28, bringing the total balance owed to the Association for Unit 209 to $26,435.90. (Exhibit B, p. 4-6).

9. Unit 212 is in post-petition default on assessment payments to the Association in the amount of $3,261.28, bringing the total balance owed to the Association for Unit 209 to $35,486.14. (Exhibit B, p. 7-9).

10. Unit 214 has made zero post-petition default on assessment payments and remains $15,335.62 in default.

11. Unit 220 is in post-petition default on assessment payments in the amount of $3,261.28, bringing the total balance owed to the Association for Unit 220 to $19,940.58. (Exhibit B, p. 10).

12. Unit 229 is in post-petition default on assessment payments in the amount of $4,579.28, bringing the total balance owed to the Association for Unit 229 to $33,472.28. (Exhibit B, p. 11).

13. Unit 312 is in post-petition default on assessment payments in the amount of $3,384.08, bringing the total balance owed to the Association for Unit 312 to $25,804.29. (Exhibit B, p. 12).

14. Unit 412 is in post-petition default on assessment payments in the amount of $5,206.95, bringing the total balance owed to the Association for Unit 412 to $36,263.53. (Exhibit B, p. 13).

15. Unit 529 is in post-petition default on assessment payments in the amount of

$3,409.79, bringing the total balance owed to the Association for Unit 529 to $34,272.19. (Exhibit B, p. 14).

16. Unit 610 is in post-petition default on assessment payments in the amount of $2,392.84, bringing the total balance owed to the Association for Unit 610 to $19,398.58. (Exhibit B, p. 15).

17. Unit 612 is in post-petition default on assessment payments in the amount of $3,352.69, bringing the total balance owed to the Association for Unit 612 to $3,352.69. (Exhibit B, p. 16).

18. Unit 616 is in post-petition default on assessment payments in the amount of $3,558.38, bringing the total balance owed to the Association for Unit 616 to $37,907.36. (Exhibit B, p. 17).

19. Unit 620 is in post-petition default on assessment payments in the amount of $2,793.68, bringing the total balance owed to the Association for Unit 620 to $31,310.07. (Exhibit B, p. 18).

20. Unit 717 is in post-petition default on assessment payments in the amount of $4,715.38, bringing the total balance owed to the Association for Unit 717 to $53,591.73. (Exhibit B, p. 19).

21. Unit 812 is in post-petition default on assessment payments in the amount of $2,891.05. (Exhibit B, p. 20).

22. Unit 912 is in post-petition default on assessment payments in the amount of $3,421.29, bringing the total balance owed to the Association for Unit 912 to $35,703.65. (Exhibit B, p. 21).

23. Unit 918 is in post-petition default on assessment payments in the amount of $3,119.65. (Exhibit B, p. 22).

24. Unit 1004 is in post-petition default on assessment payments in the amount of $3,142.40. (Exhibit B, p. 23).

25. Unit 1008 is in post-petition default on assessment payments in the amount of $3,444.11, bringing the total balance owed to the Association for Unit 1008 to $22,250.90. (Exhibit B, p. 24).
26. Unit 1012 is in post-petition default on assessment payments in the amount of $3,444.11, bringing the total balance owed to the Association for Unit 1012 to $37,612.40. (Exhibit B, p. 25).
27. Unit 1108 is in post-petition default on assessment payments in the amount of $3.000.00, bringing the total balance owed to the Association for Unit 1108 to $34,732.33. (Exhibit B, p. 26).
28. Unit 1109 is in post-petition default on assessment payments in the amount of $3,707.00, bringing the total balance owed to the Association for Unit 1109 to $40,893.93. (Exhibit B, p. 27).
29. Unit 1112 is in post-petition default on assessment payments in the amount of $2,959.65. (Exhibit B, p. 28).
30. Unit 1124 is in post-petition default on assessment payments in the amount of $3,597.00, bringing the total balance owed to the Association for Unit 1124 to $36,407.01. (Exhibit B, p. 29).
31. Unit 1206 is in post-petition default on assessment payments in the amount of $3,695.44, bringing the total balance owed to the Association for Unit 1206 to $37,939.33. (Exhibit B, p. 30).
32. Unit 1212 is in post-petition default on assessment payments in the amount of $2,982.45. (Exhibit B, p. 31).
33. Unit 1408 is in post-petition default on assessment payments in the amount of $3,512.68, bringing the total balance owed to the Association for Unit 1408 to $16,822.70. (Exhibit B, p. 32).
34. Unit 1411 is in post-petition default on assessment payments in the amount of

$3,075.64, bringing the total balance owed to the Association for Unit 1411 to $29,461.38. (Exhibit B, p. 33).

35. Unit 1412 is in post-petition default on assessment payments in the amount of $3,512.69, bringing the total balance owed to the Association for Unit 1412 to $37,489.41. (Exhibit A, p. 34).

36. Unit 1420 is in post-petition default on assessment payments in the amount of $3,532.68, bringing the total balance owed to the Association for Unit 1420 to $33,978.90. (Exhibit A, p. 35).

37. This Court has authority to order that Rule 4001(a)(4) is waived to the order entered in granting this motion, and Movant requests this Court so order.

38. Without modification of the automatic stay, the Association will continue to be unable to generate enough income from assessment payments to even complete the most routine of maintenance and perform other services necessary to the operation of a large condominium Association.

39. The Association is severely prejudiced each day that the post-petition assessment payments remain unpaid as the payment of assessments is the only form of income received by an Association to obtain funds needed in order to service the community at large.

40. This motion is filed for no undue purpose other than to remove the Units from bankruptcy protection so the Association can attempt to find tenants or owners that will maintain their assessment obligations to the Association, rather than continue to put them at significant financial risk.

**WHEREFORE**, Movant prays this Court enter an Order pursuant to 11 U.S.C. Section 362(d) modifying the automatic stay as to Movant, removing the Units within the Association from automatic stay protection, and for such other and further relief as this Court may deem just and proper.

Dated: October 7, 2025

Respectfully Submitted,

/s/ Nicholas J. Landi

Nicholas J. Landi
Kovitz Shifrin Nesbit
Attorneys for Movant
640 N. Lasalle Street,
Suite 495
Chicago, IL 60654
Phone: 847.537.0500
nlandi@ksnlaw.com