**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | No: 25-06308 |
| The Mayfair-Habitat Group Incorporated, | Chapter 11 |
| Debtor(s). | Judge: Jacqueline P Cox |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust IX-A ("**Wilmington**"), hereby moves (this "**Motion**"), pursuant to 11 U.S.C. § 362, for relief from the automatic stay with respect to the real property of the Debtor located at 26431 Silverleaf Drive, Plainfield, IL 60586 (the "**Silverleaf Property**"), and in support respectfully states:

1. The Debtor filed the above-captioned case under chapter 11 of title 11 of the U.S. Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**"), on April 24, 2025 (the "**Petition Date**").

2. This Motion is a core proceeding wherein the Court has authority to enter final orders and Wilmington consents to the same.

3. On July 23, 2025, the Debtor filed its proposed chapter 11, subchapter V small business plan [Dkt. No. 42] (the "**Plan**").

4. Also on July 23, 2025, Wilmington filed its proof of claim, as Claim No. 5-1 ("**Claim 5-1**"), with respect to the note and loan (the "**Loan**") secured by a properly perfected mortgage (the "**Mortgage**") in the Silverleaf Property. Copies of the Mortgage and the assignments thereof, as well as the note (collectively, the "**Loan Documents**"), are attached to and made part of this Motion.

5. Wilmington is an entity that has the right to foreclose the Mortgage.

6. FCI Lender Services, Inc. services the loan on the Property.

7. Based on the Debtor's schedules and statements [Dkt. No. 11] (the "**Schedules**"), the estimated market value of the Silverleaf Property is $637,000.00.

8. As of December 4, 2025, the outstanding balance on the Loan is $534,452.15.

9. Upon information and belief, and as listed in the Schedules, the Plan, and as otherwise known, the Silverleaf Property has only one lien, in favor of Wilmington, and the balance of all liens on the Silverleaf Property is, therefore, $534,452.15.

10. Wilmington is the sole creditor in Class 2 under the Plan. The proposed treatment for Class 2 is the full payoff of the Loan from proceeds of a proposed sale of the Silverleaf Property, with monthly payments to be made in the interim until the sale is completed. *See* Plan, at 9–10.

11. Further, Part 7 of the Plan provides that the Debtor "is current with payments as provided in Class 2 and [] will continue to make monthly payments according to the original agreement with The Wilmington Savings Fund Society." *Id.* at 8.

12. As of the date hereof, however, the Debtor has failed to make *any* of the monthly payments that have come due postpetition.

13. The Debtor is, therefore, in material default under the Plan and the Loan Documents.

14. The failure to make any monthly payments postpetition, as required and provided for in the Plan and under the Loan Documents, constitutes "cause" within the meaning of section 362(d) of the Bankruptcy Code.

15. Moreover, without the required payments, Movant's interest in the Silverleaf Property is not adequately protected and such interest will be irreparably harmed if

the stay remains in effect.

16. Sufficient cause therefore exists under section 362(d) for the Court to modify the automatic stay so that Wilmington may proceed with its remedies under applicable non-bankruptcy law against the Silverleaf Property.

WHEREFORE, Movant respectfully requests that the Court enter an Order, substantially in the form of the attached Proposed Order:

a) Modifying the automatic stay so as not to restrain Movant (and its successors or assigns) from proceeding *in rim* under applicable non-bankruptcy law as against the Property commonly known as 26431 Silverleaf Drive, Plainfield, IL 60586;

b) Waiving or deeming inapplicable the 14-day stay in Bankruptcy Rule 4001(a)(4); and

c) Granting such other relief as the Court may deem just or proper.

Dated: January 7, 2026

/s/ *Nicholas E. Ballen*

Nicholas E. Ballen
ARDC No. 6320258
Counsel for Movant

Kluever Law Group, LLC
200 N. LaSalle St. Suite 1880
Chicago, IL 60601
312-236-0077
nballen@klueverlawgroup.com
bknotice@klueverlawgroup.com
Our File No. FCI000031-25BK1

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | No: 25-06308 |
| The Mayfair-Habitat Group Incorporated, | Chapter 11 |
| Debtor(s). | Judge: Jacqueline P Cox |

## NOTICE OF MOTION

TO: *See attached service list*

PLEASE TAKE NOTICE that on Tuesday, January 20, 2026, at 1:30 PM, I will appear before the Honorable Jacqueline P Cox, or any judge sitting in that judge's place, **either** in courtroom 680 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn, St., Chicago, IL 60604, **or** electronically as described below, and present a Motion for Relief from Automatic Stay, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet,** go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode**. The meeting ID for this hearing is 1612732896 and the password is 778135. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

By: /s/ *Nicholas E. Ballen*
Nicholas E. Ballen (ARDC No. 6320258)
Counsel for Movant

Kluever Law Group, LLC
200 N. LaSalle St. Suite 1880
Chicago, IL 60601
312-236-0077

**CERTIFICATE OF SERVICE**

I, Nicholas E. Ballen, declare under penalty of perjury under the laws of the United States of America that I have caused a copy of this notice and the attached *Motion for Relief from Stay* to be served on all necessary parties in accordance with the Federal Rules of Bankruptcy Procedure, via the Court's CM/ECF system, on January 7, 2026, and/or first class U.S. mail, postage prepaid, as indicated below, on January 8, 2026, from 9620 Ridgehaven Court, Suite A, San Diego, CA 92123, before the hour of 5:00 PM.

/s/ *Nicholas E. Ballen*
An attorney

Kluever Law Group, LLC
200 N. LaSalle St. Suite 1880
Chicago, IL 60601
312-236-0077

**SERVICE LIST**

**CM/ECF**

Paul M. Bach
Penelope N. Bach
Bach Law Offices
P.O. Box 1285
Northbrook, IL 60065

Neema T Varghese
NV Consulting Services
701 Potomac, Ste 100
Naperville, IL 60565

Adam G. Brief
Office of the U. S. Trustee, Region 11
219 South Dearborn, Room 873
Chicago, IL 60604

**U.S. MAIL**

Adeniyi Egbowon
26431 Silverleaf Drive
Plainfield, IL 60585-2491

Cook County Clerk
118 N. Clark Street
Room 434
Chicago, IL 60602-1413

Cook County Treasurer
118 N. Clark
Chicago, IL 60602-1590

Cook County Treasurer's Office
118 N Clark Street Room 112
Chicago, IL 60602-1590

Internal Revenue Service
Mail Stop 5014CHI
230 South Dearborn Street
Room 2600
Chicago, IL 60604-1705

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Julie A. Jacobson
175 Archer Avenue
Mundelein, IL 60060-2301

Johnnie Walker
11542 Nashville
Detroit, MI 48205-3294

Lake Terrance Condominium Association
c/o Kovitz Shifrin Nesbit
One Overlook Point
Suite 590
Lincolnshire, IL 60069

The Mayfair-Habitat Group Incorporated
26431 Silverleaf Drive
Plainfield, IL 60585-2491

SN Servicing Corporation
C/O RA Prentice Hall Corporation
801 Adai Stevenson Drive
Springfield, IL 62703-4261

Southshore Development
LLC
C/O RA VIVIAN R.
KHALAF
10003 S ROBERTS RD
Palos Hills, IL 60465-1533

U.S. Bank Trust National
Association, as Trustee of the
LB Igloo Series IV Trust
c/o SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501-0305

Will County Clerk
302 North Chicago Street
Joliet, IL 60432-4078

Will County Treasurer
302 North Chicago Street
Joliet, IL 60432-4059